**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DELTA FRANGIBLE AMMUNITION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-1477 |
| | ) | |
| v. | ) | |
| | ) | |
| SINTERFIRE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DELTA FRANGIBLE AMMUNITION, LLC'S ANSWER TO COUNTERCLAIM NO. 1</u>**

Plaintiff Delta Frangible Ammunition, LLC ("Delta"), through its undersigned counsel, responds to the individually numbered paragraphs of the Counterclaim No. 1 asserted by Sinterfire, Inc. ("Sinterfire") as follows:

15. Delta admits the allegations of Paragraph 15 of the Counterclaims as applied to Counterclaim No. 1. Delta denies the allegations as applied to Counterclaim Nos. 2 and 3.

16. Delta admits the allegations of Paragraph 15 of the Counterclaims as applied to Counterclaim No. 1, namely that there exists a dispute as to the infringement and validity of the '454 patent. Delta denies the allegations as applied to Counterclaim Nos. 2 and 3.

17. Admitted.

18. Admitted.

19. Admitted.

20. Delta admits only that Mr. Elliot is an officer of Delta and an officer and founder of Springfield Munitions Company, LLC. The remaining allegations of paragraph 20 of the Counterclaims are denied.

21. Delta admits only that Mr. Elliot signed the August 23, 2004 NDA on behalf of non-party International Non-Toxic Composite Corporation. The remaining allegations of paragraph 21 of the Counterclaims are denied.

22. Delta hereby incorporates it responses to paragraphs 15-21 of its Answer to Counterclaims, and the averments of its Complaint, as if set forth herein in their entirety.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

Counterclaims Nos. 2 and 3 are subject to a Motion to Dismiss. As such, no responsive pleading is required at this time. Furthermore, Counterclaim No. 3 is not directed to Delta.

WHEREFORE, Delta prays that Counterclaim No. 1 be dismissed with prejudice and that the relief requested in the Complaint be granted.

Respectfully submitted,

Dated: February 26, 2007

Russell D. Orkin
PA ID No. 01331
Kent E. Baldauf, Jr.
PA ID No. 70793
Nathan J. Prepelka
PA ID No. 83742

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-1818
Telephone: (412) 471-8815
Facsimile: (412) 471-4094