IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELTA FRANGIBLE AMMUNITION, LLC, )
                                 )
            Plaintiff,            )   Civil Action No. 2:06-cv-1477
                                 )
     v.                           )   Judge Terrence F. McVerry
                                 )
                                 )   Magistrate Judge Francis X.
                                 )   Caiazza
SINTERFIRE, INC.,                 )
                                 )
            Defendant.            )

**CASE MANAGEMENT ORDER - PATENT**

NOW, on this 29th day of November, 2007, it is hereby **ORDERED** that Plaintiff DELTA FRANGIBLE AMMUNITION, LLC, and Defendant SINTERFIRE, INC., shall submit to the following Amended Scheduling Order, in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1.2, and the Local Patent Rules ("LPR").

| EVENT | STIPULATED DUE DATE |
|---|---|
| Delta serves "Disclosure of Asserted Claims and Infringement Contentions" under LPR 3.2;<br><br>Delta supplements Initial Disclosures base on SinterFire's Initial Disclosures, under LPR 3.3 | December 7, 2007 |
| SinterFire serves "Non-infringement and Invalidity Contentions," under LPR 3.4;<br><br>SinterFire supplements Initial Disclosures and produces documents, under LPR 3.5 | December 17, 2007 |

| | |
|---|---|
| Parties exchange list of claims terms and phrases for construction by the Court, and identify claims elements each party contends should be governed by 35 USC § 112(6), under LPR 4.1. | December 21, 2007 |
| Parties shall meet and confer to identify disputed claims terms and phrases, under LPR 4.2 | December 28, 2007 |
| Submission of "Joint Disputed Claim Construction Chart" and appendix, under LPR 4.2 | January 2, 2008 |
| Delta files "Opening Claim Construction Brief" and identification of intrinsic evidence, under LPR 4.3 | January 18, 2008 |
| SinterFire files "Response to Opening Claim Construction Brief" and identification of intrinsic evidence, under LPR 4.3 | February 1, 2008 |
| Delta files "Reply" to SinterFire's Claim Construction Brief, under LPR 4.3 | February 8, 2008 |
| Claim Construction Hearing, under LPR 4.4 | March 11, 2008 at 9:30am |
| Court's Ruling on Claim Construction Hearing (Markman) | May 9, 2008 |

| | |
|---|---|
| Each party serves expert witness disclosures on issues on which it bears the burden of proof, under LPR 5.1 | May 23, 2008 |
| Each party serves expert witness disclosures on issues on which the opposing party bears the burden of proof, under LPR 5.1 | June 6, 2008 |
| Each party serves rebuttal expert witness disclosures, under LPR 5.1 | June 13, 2008 |
| Depositions of expert witnesses to be completed, under LPR 5.2 | July 11, 2008 |
| Post-Discovery Status Conference | August 5, 2008 at 9:30am |
| Dispositive and Non-Dispositive Motions | August 20, 2008 |
| Responses for Dispositive and Non-Dispositive Motions | September 22, 2008 |
| Settlement Conference | October 8, 2008 at 9:00am |

BY THE COURT:

Francis X. Caiazza
United States Magistrate Judge