# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DELTA FRANGIBLE AMMUNITION, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-1477 |
| v. | ) ) ) | Judge McVerry<br>Magistrate Judge Bissoon |
| SINTERFIRE, INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On November 8, 2006, this patent infringement case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On July 23, 2008, Judge Caiazza issued a Report (Doc. 75) recommending that the District Court construe the parties' disputed claim terms, "sintering" and "sintering temperature," to mean "the bonding of adjacent particles in a powder mass or compact by heating to a temperature below the melting point of the main constituent." *Id.* at 41.[1]

Service of the Report and Recommendation was made on the parties, and Defendant filed Objections on August 8, 2008. *See* Doc. 76.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objections thereto, the following Order is entered:

---

[1] After Judge Caiazza issued his Report, this case was reassigned to United States Magistrate Judge Cathy Bissoon. *See* text Order dated Aug. 1, 2008. The reassignment has no effect on the District Court's review of the Report and Recommendation.

AND NOW, on this 25th day of August, 2008, IT IS HEREBY ORDERED that, for the purposes of claim construction, the terms "sintering" and "sintering temperature" mean:

> The bonding of adjacent particles in a powder mass or compact by heating to a temperature below the melting point of the main constituent.

The Report and Recommendation dated July 23, 2008 is adopted as the opinion of the District Court.

 s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc:

Russell D. Orkin, Esq.
Kent E. Baldauf, Jr., Esq.
Nathan J. Prepelka, Esq.
William F. Ward, Esq.
Ali I. Ahmed, Esq.
John F. Hornick, Esq.
Louis M. Troilo, Esq.
Stephen L. Peterson, Esq.