IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DELTA FRANGIBLE AMMUNITION, LLC, )
)
Plaintiff, ) Civil Action No. 06-1477
)
v. )
)
SINTERFIRE, INC., )
)
Defendant. )

**DELTA FRANGIBLE AMMUNITION, LLC'S ANSWER TO COUNTERCLAIMS**

Plaintiff Delta Frangible Ammunition, LLC ("Delta"), through its undersigned counsel, responds to the individually numbered paragraphs of the Amended Counterclaims asserted by Sinterfire, Inc. ("Sinterfire") as follows:

1. Delta admits only that the counterclaims include claims of non-infringement, invalidity, and unenforceability. Delta denies that the counterclaims are meritorious.

2. Admitted.

3. Delta admits only that it is a Virginia limited liability company. The remaining allegations are denied.

4. This paragraph consists solely of assertions of law to which no response is required.

5. Admitted.

6. Admitted.

7. Delta denies that its claims are unfounded. The remaining averments are admitted.

8. Denied.

9. Delta admits only that it met with Sinterfire to discuss possible business relationships. The remaining averments of this paragraph are denied.

10. Denied.

11. Delta has insufficient information to either admit or deny the allegations of this paragraph, and on that basis denies said averments.

12. Delta has insufficient information to either admit or deny the allegations of this paragraph, and on that basis denies said averments.

13. Delta incorporates by reference its responses to paragraphs 1-12 of the Counterclaims as if set forth fully herein.

14. Denied.

15. Denied.

16. Delta incorporates by reference its responses to paragraphs 1-15 of the Counterclaims as if set forth fully herein.

17. Denied.

18. Denied.

19. Delta incorporates by reference its responses to paragraphs 1-18 of the Counterclaims as if set forth fully herein.

20. Denied.

21. Denied.

22. Delta incorporates by reference its responses to paragraphs 1-21 of the Counterclaims as if set forth fully herein.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Delta admits only that the inventors of the '454 have been correctly identified and that the patent includes disclosure directed to process for making frangible bullets. The remaining averments and/or characterizations of the paragraph are denied.

28. Delta only admits that the '454 patent application was filed on July 11, 1996 and it issued on June 13, 2000, the European application was filed on July 22, 1998 and that the European Patent office issued a search report identifying three referenced as being relevant to publication in Europe. The remaining allegations of this paragraph are denied.

29. Delta admits only that the '454 patent application was still being examined at this time. The remaining averments of this paragraph are denied.

30. Delta admits only that Mr. Santalone signed and submitted several IDSs to the PTO and that the identified references were not listed. However, the only material reference, Slater, was already considered by the PTO.

31. Denied.

32. Denied.

33. Delta admits only that the text of the declaration is correctly quoted. The remaining averments of this paragraph are denied.

34. Admitted.

35. Delta admits that MPEP §2001.06 requires the identification of such art if it is material and non-cumulative. The EPO cited art was not material and/or it was cumulative.

36. Denied.

37. Delta admits that the corresponding applications were filed in Australia, Korea, and Canada. The remaining averments of this paragraph are denied.

38. Delta admits only that Mr. Nadkarni and Mr. Abrams are the inventors of the '352 patent. The remaining averments of this paragraph are denied.

39. Admitted.

40. Denied.

41. Admitted.

42. Delta admits that the cumulative and non-material references cited by the EPO were not cited in this continuing application. The remaining averments of this paragraph are denied.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

WHEREFORE, Delta prays that the Counterclaims be dismissed with prejudice and that the relief requested in the Complaint be granted.

Respectfully submitted,

Dated: January 28, 2009

Russell D. Orkin
PA ID No. 01331
Kent E. Baldauf, Jr.
PA ID No. 70793
Nathan J. Prepelka
PA ID No. 83742

THE WEBB LAW FIRM
700 Koppers Building
436 Seventh Avenue
Pittsburgh, PA 15219-1818
Telephone: (412) 471-8815
Facsimile: (412) 471-4094